UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN MIKSCH,                           )
                                       )
              Petitioner,              )
                                       )
       v.                              )        Case No. 3:17-CV-330 JD
                                       )
SUPERINTENDENT,                        )
                                       )
              Respondent.              )

OPINION AND ORDER

John Miksch, a *pro se* prisoner, filed a habeas corpus petition challenging WVD 16-04-057, a prison disciplinary proceeding held at the Wabash Valley Correctional Facility on April 18, 2016, where a disciplinary hearing officer found him guilty of conspiracy/aiding in the destruction of State property in violation of B-240/215. As a result, he was sanctioned with a written reprimand. ECF 1-1 at p. 4. Notably, though, he did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 1 at p. 1; ECF 1-1 at p. 4. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because this hearing did not lengthen the duration of his confinement, habeas corpus relief is not available in this case.

For these reasons, the petition (DE 1) is **DENIED** pursuant to Habeas Corpus Rule 4.

SO ORDERED.

ENTERED: May 3, 2017                    _____/s/ JON E. DEGUILIO_____
                                       Judge
                                       United States District Court